Gerald Grant and Robert L. Grant, Trading as Grant's Art Galleries, Appellees, v. Chicago Hair Goods Company (Morris L. Goldstein), Appellant.

Gen. No. 41,427.

442

opinion filed February 17, 1941; rehearing denied March 3, 1941. Sinon A. Murray, for appellant; Louis A. Rosenthal and Raymond I. Suekoff, of counsel; V. D. McConnell, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."